

2010 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

10-7-2010

# USA v. Dustan Dennington

Precedential or Non-Precedential: Non-Precedential

Docket No. 10-1357

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2010

Recommended Citation

"USA v. Dustan Dennington" (2010). *2010 Decisions.* Paper 470.
http://digitalcommons.law.villanova.edu/thirdcircuit_2010/470

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2010 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

10-1357
_____

UNITED STATES OF AMERICA

v.

DUSTAN DENNINGTON,
                                        Appellant
_____

On Appeal from the United States District Court
for the Western District of Pennsylvania

District Court No. 1:07-cr-00043-001

District Judge: The Honorable Sean J. McLaughlin
_____

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
September 17, 2010

Before: SLOVITER, BARRY, and SMITH, *Circuit Judges*


ORDER


        The not precedential opinion in the above captioned matter filed on October 6, 2010, is
AMENDED as follows:  The term "magistrate judge" that appears on pages 5 - 10 and 13-16 of
the opinion shall be capitalized so that it appears as "Magistrate Judge."



                                        By the Court,

                                        /s/ D. Brooks Smith
                                        U.S. Circuit Judge


October 7, 2010
tmk/cc: Robert L. Eberhart, Esq.
Thomas W. Patton, Esq.